IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO ANTONIO MENDOZA,** | Case No. C 15-0849 VC (pr) |
| Petitioner, | **[~~PROPOSED~~] ORDER** |
| v. | |
| **S. FRAUENHEIM,** | |
| Respondent. | |

 IT IS HEREBY ORDERED that the time within which respondent is to respond to this Court's Order filed March 16, 2015, will be extended to July 10, 2015. Petitioner's response, if any, shall be filed and served within 30 days of service of the answer.

Dated: May 28, 2015

_____
The Honorable Vince Chhabria