United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ANTONIO MENDOZA,<br>　　　　Plaintiff,<br>　　v.<br>S. FRAUENHEIM,<br>　　　　Defendant. | Case No. 15-cv-00849-VC<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME**<br>Re: Dkt. No. 16 |

　　　　Petitioner Roberto Antonio Mendoza's motion for an extension of time to file his opposition to the motion to dismiss is granted. His opposition is due forty-five days from the date of this order. Respondent shall file his reply fourteen days thereafter.

　　　　**IT IS SO ORDERED**.

Dated: September 16, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ANTONIO MENDOZA,<br>　　　　Plaintiff,<br>　　v.<br>S. FRAUENHEIM,<br>　　　　Defendant. | Case No.　15-cv-00849-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on September 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto Antonio Mendoza ID: AH-2211
Pleasant Valley State Prison A3-202
P.O. Box 8500
Coalinga, CA 93210


Dated: September 16, 2015

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2